United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **ALFONSO CONTRERAS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **v.** ) | **4:24-cv-01774** |
| ) | |
| **WEST GULF MARITIME** ) | |
| **ASSOCIATION,    and** ) | |
| **COOPER/PORTS AMERICA, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF TOMMY LEE HARRIS

The Joint Stipulation of Dismissal with Prejudice of Plaintiff Tommy Lee Harris filed by Cooper/Ports America, LLC, is granted. (Docket Entry No. 26). The claims filed by Plaintiff Tommy Lee Harris are dismissed with prejudice.

Signed this  22nd  of  October  , 2025.

_Lee H. Rosenthal_

The Honorable Lee H. Rosenthal
Senior United States District Judge